CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Full Name of Plaintiff    Inmate Number**

Ronald H. Ewell   2021-00985

v.

Doug Vanston

**Name of Defendant 1**

**Name of Defendant 2**

**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 3:22-CV-0003

(to be filled in by the Clerk's Office)

[X] Demand for Jury Trial
[ ] No Jury Trial Demand

FILED
SCRANTON
JAN 03 2022
PER _____
DEPUTY CLERK

I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

____    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Lackawanna County Prison May 20, 2021 – Dec 16, 2021

B. On what date did the events giving rise to your claim(s) occur?

May 20, 2021, Oct 22, 2021, Dec 7, 2021, Dec 8, 2021, Nov 18, 2021 Dec 14, 2021, Dec 16, 2021,

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

My Public denfender waivved my hearing with out my consent on May 20, 2021.

Me and him went over my Discovery in his office he mention there's no substantial evidence that shows I assisted in the victims overdose that resulted in his death.

he still told me to take a plea bargains, why would he do that he refuse to denfen me. Doug Vanston was removed form this case on Dec 16, 2021 by HONOR GEROULD,

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Ronald H, Ewell
Name (Last, First, MI)

2021-00985
Inmate Number

Lackawanna County Prison
Place of Confinement

1371 North Washington Ave Scranton, PA
Address

Scranton, Lackawanna, PA, 18509
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

\_\_\_ Pretrial detainee
\_\_\_ Civilly committed detainee
\_\_\_ Immigration detainee
\_\_\_ Convicted and sentenced state prisoner
\_\_\_ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First)  Doug Vanston

Current Job Title  Public denfender

Current Work Address  200 N Washington Ave

City, County, State, Zip Code  Scranton PA, 18503

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Constitutional rights: 14, 5, 6 Amend: 8, fraud.

Due process: guarante denfendent gets a fair impartial.

Signed: my name was signed to a legal document without my consent by Doug Vanston.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Sleep problems, pain and suffing, Depression, stress,

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Money damages, that he do not violate any one else the Courts stop him.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____Ronald Ewell_____
Signature of Plaintiff

_____12/29/2021_____
Date

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL ®**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014

FROM:
Ronald H. Ewell
Lackawanna County Prison
1371 North Washington Ave
Scranton

RECEIVED
JAN 0 3 2022
SCRANTON
PER _____
DEPUTY CLERK

TO:
Clerk of Courts
United States District Court
Middle District of Pennsylvania
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501